IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BEN OLDAKOWSKI,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 13-cv-413-bbc

STATE OF WISCONSIN and
DEB McCULLOCH,

    Respondents.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Ben Oldakowski for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for his failure to exhaust his remedies in state court.

| /s/ | 8/12/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |